UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DESMOND NGOMBA, MS. NGOMBA LATISHIA, MS. NGOMBA SHETARA, MR. NGOMBA TEVON and MS. NGOMBA ZEBRANIQUE,<br>　　　　Plaintiffs,<br><br>v.<br><br>MAY INSTITUTE, JIM DAVIS and KIMBERLY NEWTON,<br>　　　　Defendants. | CIVIL ACTION NO.<br>09-11365-MBB |

# FINAL JUDGMENT

## JUNE 8, 2011

**BOWLER, U.S.M.J.**

　　In accordance with the Stipulation of Dismissal filed by the parties, it is hereby Ordered and Adjudged that this action be **DISMISSED** with prejudice and without costs.

　　　　　　　　　　　　　　　　　　　　/s/ Marianne B. Bowler
　　　　　　　　　　　　　　　　　　　　MARIANNE B. BOWLER
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge